1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CABN 229441)
   MEREDITH B. OSBORN (CABN 250467)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Email: robert.rees@usdoj.gov

9  Attorneys for United States of America

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,              ) CR 17-0028-JST
14                                        )
         Plaintiff,                       )
15                                        ) STIPULATION AND [PROPOSED] ORDER
     v.                                   ) CONTINUING BRIEFING SCHEDULE FOR
16                                        ) DEFENDANT MARCUS WILSON
   JEHOADDAN WILSON, and                  )
17 MARCUS WILSON,                         )
                                          )
18       Defendants.                      )
                                          )
19 _____  )

20
                              **STIPULATION**
21
        The United States and defendant Marcus Wilson, through their respective undersigned counsel,
22
   hereby stipulate and agree as follows:
23
   1.    The motions hearing schedule for defendant Jehoaddan Wilson was changed today in light of her
24
   motion for her attorney to withdrawal.
25
   2.    The parties stipulate and agree it makes sense for all parties for the briefing schedule to be the
26
   same for both defendants due to the possibility of overlapping issues of both fact and law between them.
27
   3.    Accordingly, and for good cause shown, the parties hereby stipulate to amend the currently set
28

                                                  1

briefing schedule for Marcus Wilson such that his Fed. R. Crim. P. 12 pretrial motions are due on November 16, 2018 by 5:00PM, that the government's responses are due on December 7, 2018 by 5:00PM, that any replies by Marcus Wilson are due on December 21, 2018 by 5:00PM, and that the motions will be heard on January 11, 2019 at 1:30PM before the Honorable Jon S. Tigar.

IT IS SO STIPULATED

Dated: October 26, 2018  _____/s_____
ROBERT DAVID REES
MEREDITH B. OSBORN
Assistant United States Attorneys

Dated: October 26, 2018  _____/s_____
ERIK BABCOCK, ESQ.
Attorney for Defendant Marcus Wilson

### [PROPOSED] ORDER

Upon stipulation by the parties and for good cause shown, IT IS HEREBY ORDERED THAT the briefing schedule for defendant Marcus Wilson's Fed. R. Crim. P. 12 pretrial motions are amended such that they now are due on November 16, 2018 by 5:00PM, that the government's responses are due on December 7, 2018 by 5:00PM, that any replies by Marcus Wilson are due on December 21, 2018 by 5:00PM, and that the motions will be heard on January 11, 2019 at 1:30PM before the Court.

IT IS SO ORDERED.

Dated: October 29, 2018.  _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE